## 24596. MACK v. THE STATE.

DUCKWORTH, Chief Justice. Neither of the offenses for which the appellant was convicted is a capital felony, nor was any demurrer filed and ruled upon which raised any constitutional question. The only mention of a question pertaining to the Constitution is in the enumeration of errors. The case involves no question for decision that lies within the jurisdiction of the Supreme Court (*Code Ann.* § 2-3704; Const. of 1945), but it is within the jurisdiction of the Court of Appeals. *Code Ann.* § 2-3708; Const. of 1945. Accordingly, the case is returned to the Court of Appeals.

*Returned to the Court of Appeals. All the Justices concur.*

SUBMITTED MAY 13, 1968—DECIDED MAY 23, 1968.

*Aaron Kravitch,* for appellant.

*Andrew J. Ryan Jr., Solicitor, Tom Edenfield,* for appellee.